denied.

No. 86–1000.   WHEELER ET AL. *v.* UNITED STATES.   C. A. Fed. Cir.   Certiorari denied.

No. 86–1004.   TECHNOGRAPH LIQUIDATING TRUST *v.* GENERAL MOTORS CORP.   C. A. Fed. Cir.   Certiorari denied.

No. 86–1012.   RUTH *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 86–1043.   GONZALEZ *v.* SHELL OIL CO.   C. A. 11th Cir. Certiorari denied.

No. 86–1092.   CITY OF CAPE GIRARDEAU, MISSOURI *v.* WESTBOROUGH MALL, INC., ET AL.; and
No. 86–1166.   MAY DEPARTMENT STORES CO. ET AL. *v.* WESTBOROUGH MALL, INC., ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 86–1154.   LETTERMAN BROTHERS ENERGY PROGRAM 1980-2 ET AL. *v.* BANCTEXAS DALLAS, N. A.   C. A. 5th Cir. Certiorari denied.

No. 86–1157.   COUNTY OF SUFFOLK *v.* GRASECK.   C. A. 2d Cir.   Certiorari denied.

No. 86–1164.   RAYNER ET AL. *v.* CLENDENING.   C. A. 5th Cir.   Certiorari denied.

No. 86–1165.   GOOSTREE *v.* MONTGOMERY COUNTY QUARTERLY COURT ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 86–1176.   LIPPO, DBA WALDEN-WOODFIELD SERVICE STATION *v.* MOBIL OIL CORP.   C. A. 7th Cir.   Certiorari denied.

No. 86–1179.   TECHNOGRAPH LIQUIDATING TRUST *v.* GENERAL MOTORS CORP.   C. A. 3d Cir.   Certiorari denied.

No. 86–1180.   RICHARD *v.* SHERRIER.   C. A. 2d Cir.   Certiorari denied.

No. 86–1181.   KEENER ET AL. *v.* WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY ET AL.   C. A. D. C. Cir.   Certiorari